468 A.2d 824

Commonwealth v. Parker, Appellant.

Submitted September 23, 1983. William John Fulton, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

Judgment of sentence is affirmed.

WIEAND, J., filed a memorandum dissenting statement.

468 A.2d 825

Commonwealth v. Pearces, Appellant.

Submitted September 13, 1983. Thomas J. Turner, III, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and HESTER, JJ.

Judgment of sentence affirmed.